# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LW CONSULTING, INC., a California corporation; LOREN DILL, an individual,<br><br>            Plaintiffs,<br>   vs.<br>SCOTT A. WAAGE, an individual; THE WAAGE LAW FIRM, a California professional corporation; JERRY A. WAAGE, an individual; PROVERBIAL INVESTMENTS, INC., an Iowa corporation; INDIANAPOLIS LIFE INSURANCE COMPANY, a.k.a. AVIVA LIFE AND ANNUITY COMPANY; DOES 1-100, inclusive,<br><br>            Defendants. | CASE NO. 09-CV-0027 H (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

On August 10, 2009, the parties to this action filed a joint motion to dismiss this action – including Indianapolis Life Insurance Co.'s counterclaim against LW Consulting – with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 27.) Accordingly, the Court grants the joint motion and dismisses this action and counterclaim with prejudice.

IT IS SO ORDERED.

DATED: August 13, 2009

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT